Charles Kemp and Another, Respondents, v. The New York Central Railroad Company, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum. The findings of the jury that any natural waterway existed upon or across the plaintiffs' property and that the defendant by interfering with the course of White's creek westerly of the plaintiffs' property caused the waters of White's creek to be cast upon the plaintiffs' land are contrary to and against the weight of the evidence. Inasmuch as the proof in respect to the effect of defendant's works and their maintenance west of Frear's road upon the waters of White's creek seems not to have been fully presented by the evidence, we grant a new trial. All concur. (The judgment awards damages in an action for damage to land. The order denies the defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

The People of the State of New York, Respondent, v. Bruno Dragone and Joseph Albanese, Appellants.— Order entered May 9, 1928, amended *nunc pro tunc* so as to conform to the opinion. [See 223 App. Div. 529.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Rose Zito, Respondent, v. Joseph Zito, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Albert I. Gilbert, as Administrator, etc., of Thomas C. Gilbert, Deceased, Appellant, v. William H. Garling and Another, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

James Stapleton, as Administrator, etc., of Joseph D. Stapleton, Deceased, Appellant, v. William H. Garling and Another, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

## First Department, January, 1936.

William LaVarre v. Warner Bros. Pictures, Inc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Townley, JJ.

Central Hanover Bank and Trust Company, as Trustee, etc., Appellant, v. Howard V. Williams, 14 West 72nd Street Corporation and Others, Defendants. Max Herbst, Receiver, and National Surety Corporation, Respondents.— Order, as resettled, granting motion of the receiver, Max Herbst, for settlement of his final account, etc., unanimously reversed and the matter remitted to an official referee to hear objections to the account. Commissions, fees and allowances to be reserved until the coming in of the report. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.